01
02
03
04
05

06                     UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  CARL ALAN GENTIS,                    )
                                         )  CASE NO. C09-1475-RSL
09       Petitioner,                     )
                                         )
10       v.                              )  ORDER DENYING PETITIONER'S
                                         )  HABEAS PETITION WITH
11  MAGGIE MILLER-STOUT,                 )  PREJUDICE
                                         )
12       Respondent.                     )
                                         )
13

14       The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

15  answer thereto, the Report and Recommendation of Mary Alice Theiler, United States

16  Magistrate Judge, and the remaining record, does hereby find and Order:

17       (1)   The Court adopts the Report and Recommendation;

18       (2)   Petitioner's Motion for Default (Dkt. 19) and Motion for Evidentiary Hearing

19             (Dkt. 22) are DENIED;

20       (3)   Petitioner's habeas petition is DENIED and this action is DISMISSED,

21             with prejudice; and

22       (4)   The Clerk is directed to send copies of this Order to petitioner, to counsel for

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

01               respondent, and to Judge Theiler.

02     DATED this 22nd day of June, 2010.

                                                          /s/ Robert S. Lasnik

                                                          Robert S. Lasnik
                                                          United States District Judge